# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-23-01938-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

This matter is before the Court on the Motion to Appear by Telephone or by Videoconferencing. (Doc. 25). Plaintiff's counsel Paul Dubbeling requests to appear telephonically or via videoconferencing at the Status Conference scheduled for September 13, 2024 because Mr. Dubbeling resides in North Carolina. Plaintiff's local counsel, Ms. Samantha DuMond, will attend the status conference in-person. For good cause appearing,

**IT IS ORDERED granting** the Motion. (Doc. 25). Plaintiff's counsel Paul Dubbeling may appear telephonically at the Status Conference scheduled for September 13, 2024.

///
///
///
///
///

**IT IS FURTHER ORDERED** that all counsel will receive dial-in instructions for the teleconference separately via electronic mail prior to the hearing. However, only those who have received permission from the Court may dial-in. All others must appear in-person.

Dated this 3rd day of September, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge