IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Russell Skinner, et al.,<br><br>    Defendants. | No. CV-23-01938-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on the Motion to Intervene by Speaker Toma and President Petersen. (Doc. 36). Proposed Intervenor-Defendants Ben Toma, Speaker of the Arizona House of Representatives, and Warren Petersen, President of the Arizona Senate, move to intervene as Defendants in this action pursuant to Federal Rule of Civil Procedure 24.

Proposed Intervenor-Defendants indicate that this Motion is unopposed by Plaintiff and Defendant. The Court finds that Proposed Intervenor-Defendants are entitled to intervene in order to defend the constitutionality of the challenged state statute pursuant to A.R.S. § 12-1841(A) and grants the Motion to Intervene.

Accordingly,

**IT IS ORDERED granting** the Motion to Intervene by Speaker Toma and President Petersen. (Doc. 36).

///

///

**IT IS FURTHER ORDERED directing** the Clerk of Court to file Intervenor-Defendants' Answer, filed at 36-1, as a separate document.

Dated this 21st day of October, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge