1
2
3
4
5
6
7

Brunn (Beau) W. Roysden III, No. 028698
Katlyn J. Divis, No. 035583
**FUSION LAW, PLLC**
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
(602) 315-7545
beau@fusion.law
kd@fusion.law

*Attorneys for Proposed Intervenor-Defendants*
*Speaker Montenegro[1] and President Petersen*

8
9

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

10
11
12
13
14
15

| John Doe, | No. CV23-01938-PHX-SMM |
|---|---|
| Plaintiff, | **INTERVENOR-DEFENDANTS' MOTION TO SEAL** |
| v. | |
| Jerry Sheridan et al., | |
| Defendants. | |

16
17
18
19
20
21
22
23
24
25

Pursuant to Local Rule of Civil Procedure 5.6 and Paragraph 4 of the November 5, 2024 Protective Order in this case (Dkt. 43), Intervenor-Defendants respectfully request the Court seal the Lodged Proposed Intervenor-Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment. Intervenor-Defendants' Reply reference factual information regarding Plaintiff John Doe's convictions to assist the Court in its consideration of the issues. That information is relevant to Plaintiff's constitutional challenges to Arizona's sex offender registration statutes, A.R.S. § 13-3821 *et seq.*, and Intervenor-Defendants' defenses of waiver and issue preclusion. The factual information contains Plaintiffs' Personal Identifying Information ("PII") and is currently subject to a

26
27
28

---

[1] Speaker Montenegro has been automatically substituted for former Speaker Toma pursuant to Rule 25(d).

Protective Order. (Dkt. 43). Therefore, sealing is necessary to protect the anonymity of Plaintiff.

Undersigned counsel has conferred with counsel for Plaintiff, who has stated that Plaintiff has no objection to this Motion to Seal.

RESPECTFULLY SUBMITTED, this 16th day of June, 2025.

FUSION LAW, PLLC

By:  */s/ Katlyn J. Divis*
Brunn (Beau) W. Roysden III
Katlyn J. Divis
7600 N. 15th St., Suite 150
Phoenix, Arizona 85020
beau@fusion.law
(602) 315-7545

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system as identified on the Notice of Electronic Filing.

*/s/ Katlyn J. Divis*
Katlyn J. Divis